UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY COLLEGE OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 15-cv-05504-HSG<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' proposed case schedules, the Court **SETS** the following case deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Schedule |
|---|---|
| Fact Discovery Cutoff | October 25, 2016 |
| Exchange Initial Expert Reports | November 8, 2016 |
| Exchange Rebuttal Expert Reports | November 22, 2016 |
| Expert Discovery Cutoff | December 6, 2016 |
| Dispositive Motions Hearing Deadline | January 26, 2017, at 2:00pm |
| Pretrial Conference | April 25, 2017 at 3:00pm |
| Jury Trial | May 8, 2017 at 8:30am |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 5/24/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge