UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL THOMAS,<br>    Plaintiff,<br> v.<br>CITY COLLEGE OF SAN FRANCISCO, et al.,<br>    Defendants. | Case No. 15-cv-05504-HSG<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 47 |

Plaintiff Carol Thomas ("Plaintiff") has filed a motion for default judgment on the grounds that Defendants City College of San Francisco and City College of California ("Defendants") have not yet filed an answer in this matter. Dkt. No. 47. Defendants oppose the motion on the grounds that they have timely filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), which is pending before the Court. Dkt. No. 48; *see also* Dkt. No. 37 (motion to dismiss).

Defendant is correct. Serving a Rule 12 motion to dismiss postpones the deadline to file a responsive pleading until 14 days after notice of the Court's action on the motion. Fed. R. Civ. P. 12(a)(4)(A). Accordingly, the Court **DENIES** Plaintiff's motion for default judgment.

**IT IS SO ORDERED.**

Dated: 8/30/2016

                   */s/ Haywood S. Gilliam, Jr.*
                   HAYWOOD S. GILLIAM, JR.
                   United States District Judge