UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY COLLEGE OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 15-cv-05504-HSG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 16(b) and Civil L. R. 16-10, a Case Management Conference will be held in this case before the Honorable Haywood S. Gilliam, Jr. on October 25, 2016 at 2:00 P.M. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.  Neither party shall be required to submit a Case Management Statement.

Dated: 10/24/2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge